# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation, *et al.*,

    Plaintiffs,

  v.

BOSA CALIFORNIA, LLC, a California limited liability company, *et al.*,

    Defendants.

Case No. 15-cv-1351 DMS (BGS)

**ORDER GRANTING JOINT MOTION TO DISMISS**

Pending before the Court is the parties' joint motion to dismiss this action. The Court finds good cause to grant the motion and dismisses this action without prejudice. The pending motion for summary judgment is terminated as moot.

**IT IS SO ORDERED.**

Dated: April 11, 2016

Hon. Dana M. Sabraw
United States District Judge